# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:06CV01492** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **CAROL ROGERS, et al.** | : | **PLAINTIFFS** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, INC., et al.** | : | **DEFENDANTS** |

## ORDER

Pending is Defendants' Motion to Dismiss (Doc. No. 17).

On December 21, 2006, this Court entered a PPO 3 Show Cause Order. The Order reads:

based on PPO 3, if Plaintiff does not serve a Fact Sheet, including all requested authorizations, within twenty-one (21) days of this Order, or show good cause why she cannot do so, this Court may grant relief as deemed appropriate by the Court, including the possible dismissal of the action with prejudice. Plaintiff's counsel, who has not served a Fact Sheet, including all authorizations, must provide a copy of this Order to Plaintiff within ten (10) days of this Order and advise Plaintiff that sanctions may be imposed by the Court.[1]

To date, Plaintiff has neither submitted a Fact Sheet nor shown cause why a Fact Sheet has not been submitted.

Accordingly, Defendants' Motion to Dismiss is GRANTED and this case is DISMISSED without prejudice under PPO 3 and Federal Rule of Civil Procedure 41(b) for failure to prosecute.

IT IS SO ORDERED this 17th day of January, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 16.